# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

TYDARRIOUS D. KIRKLAND,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-3372

_____

May 8, 2024

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Tydarrious D. Kirkland, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Hurley, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, LaROSE, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.